UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

JOSEPH HONKISZ,
    Plaintiff

v.                                                                     Cause No. 4:22-cv-0080-PPS-JPK

MVS TRANSPORT, LLC, R&L
FREIGHT, and GERSON MOLINA
GUEVARA,

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Comes now the plaintiff, Joseph Honkisz, by his attorneys, Schafer & Schafer, LLP, Attorneys at Law, and files his Motion for Leave to File an Amended Complaint and allege and state:

1. That on or about August 9, 2022, plaintiff, Joseph Honkisz, was lawfully driving his Red Chevy Trax southbound on Morehouse Road, West Lafayette, Indiana. That at the same time defendant, Gerson Molina Guevara, was driving westbound on CR 600 N, when he carelessly and negligently failed to stop at the posted stop sign and entered the intersection causing Joseph Honkisz's vehicle to collide with the side of the defendants' trailer.

2. That plaintiff filed a complaint against the defendants, MVS Transport, LLC, R & L Freight, and Gerson Molina on September 6, 2022.

3. That plaintiffs have learned that JLE Logistics was the broker of the load being transported at the time of the crash, and further, that JLE Logistics exercises control over the driver making the driver their agent. As such, JLE Logistics can be held liable for the negligent acts of the driver through respondeat superior.

4. That in light of the above information, plaintiff would like to amend their

1

complaint (Exhibit "A") to add JLE Logistics, to the complaint as a defendant.

5. That plaintiff is still well within the two (2) year statute of limitations to file a complaint.

WHEREFORE, plaintiff, by counsel, request that the plaintiff be allowed to amend their Complaint to add JLE Logistics as a defendant.

Respectfully submitted,

SCHAFER & SCHAFER, LLP
ATTORNEYS AT LAW


BY: */s/Todd S. Schafer*
     TODD S. SCHAFER

## JURY DEMAND

Comes now the plaintiff, Carissa Little, and hereby demands trial by jury on all issues triable by a jury.

Respectfully submitted,

SCHAFER & SCHAFER, LLP
ATTORNEYS AT LAW


BY: */s/Todd S. Schafer*
     TODD S. SCHAFER

## **CERTIFICATE OF SERVICE**

I certify that on the 15TH day of December, 2023, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein via the Court's Electronic Filing System.

/s/Todd S. Schafer